# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence R. Schneider <br> <u>Debtor(s)</u> | BKY. NO. 12-01360 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9299

                                                                          Respectfully submitted,

                                                                          **/s/ Thomas Puleo**
                                                                          Thomas Puleo, Esquire
                                                                          James C. Warmbrodt, Esquire
                                                                          KML Law Group, P.C.
                                                                          701 Market Street, Suite 5000
                                                                          Philadelphia, PA 19106-1532
                                                                          (215) 825-6306  FAX (215) 825-6406
                                                                          Attorney for Movant/Applicant