```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 12-01360-JJT
Lawrence R. Schneider                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 1     Date Rcvd: Mar 21, 2017
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db         +Lawrence R. Schneider,   PO Box 96,   116 Knoll Drive,   Buck Hill Falls, PA 18323-0096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
           Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
           John Michael Steidle   on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
            jmsteidle@burnswhite.com,   lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
           Joshua I Goldman   on behalf of Creditor   JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Karina Velter   on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
            amps@manleydeas.com
           Randall W. Turano   on behalf of Debtor Lawrence R. Schneider rwtura@netscape.net
           Thomas I Puleo   on behalf of Creditor   JPMorgan Chase Bank, National Association
            tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                           TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Lawrence R. Schneider

Chapter 13

Debtor(s)

Case Number: 5:12-bk-01360-JJT

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the: **Applicant. The Clerk is directed to immediately restrict public viewing of the subject document re: claim 1-1.**

Dated: March 21, 2017

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Order on Request for Redaction.WPT REV 06/16