IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 5-12-01360-JJT |
| Lawrence R. Schneider,<br>    Debtor(s) | Chapter 13 |

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF BAYVIEW LOAN SERVICING, LLC**

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied as a conclusion. Strict proof demanded.

5. Admitted.

6. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

7. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

8. Admitted.

9. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

10. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

Wherefore, it is requested the Motion be Denied.

/s/ Randall W. Turano
Randall W. Turano, Esquire
Attorney for Debtor(s)