```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-01360-JJT
Lawrence R. Schneider                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AGarner              Page 1 of 1            Date Rcvd: Feb 07, 2018
                                Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db              +Lawrence R. Schneider,    PO Box 96,    116 Knoll Drive,    Buck Hill Falls, PA 18323-0096
                 Sharon L. Schneider,    116 Knoll Drive,    Buck Hill Falls, PA 18232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com, lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              Randall W. Turano    on behalf of Debtor 1 Lawrence R. Schneider rwtura@netscape.net
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lawrence R. Schneider<br>    <u>Debtor</u> | CHAPTER 13 |
| BAYVIEW LOAN SERVICING, LLC<br>    <u>Movant</u><br>vs. | NO. 12-01360 JJT |
| Lawrence R. Schneider<br>    <u>Respondent</u> | |
| Sharon L. Schneider<br>Charles J. DeHart, III Esq.<br>    <u>Additional Respondents</u> | 11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the stipulation ( docket 68 ) , it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: February 07, 2018    By the Court,

                     John J. Thomas, Bankruptcy Judge
                            (RPR)